NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1422

STATE OF LOUISIANA

VERSUS

MICHAEL A. KNIGHT

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 60,267
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

AFFIRMED.

Hon. William E. Tilley
District Attorney - 30th JDC
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
Counsel for: Plaintiff Appellee
    State of Louisiana

Terry Wayne Lambright
Assistant District Attorney - 30th JDC
P.O. Box 1188
Leesville, LA 71446-1188
(337) 239-2008
Counsel for: Plaintiff Appellee
    State of Louisiana

**Edwin Calra**
**Assistant District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-2008**
**Counsel for: Plaintiff Appellee**
        **State of Louisiana**

**Mark Kramar**
**Assistant District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-2008**
**Counsel for: Plaintiff Appellee**
        **State of Louisiana**

**Karen G. Arena**
**Louisiana Appellate Project**
**110 Veterans Blvd.,  Suite 222**
**Metairie, LA 70005**
**(504) 828-6870**
**Counsel for: Defendant Appellant**
        **Michael A. Knight**